# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DAY,<br><br>    Plaintiff,<br><br>vs.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA (THE), EMERGENCY MEDICAL SERVICES CORPORATION LONG-TERM DISABILITY PLAN, and DOES 1 through 10,<br><br>    Defendants. | Case No. CV-12-2835 EMC<br><br>**ORDER UPON STIPULATION TO DISMISS EMERGENCY MEDICAL SERVICES CORPORATION LONG TERM DISABILITY PLAN** |

IT IS HEREBY ORDERED that defendant EMERGENCY MEDICAL SERVICES CORPORATION LONG TERM DISABILITY PLAN (the "Plan") be dismissed from this action without prejudice, with the parties to bear their own attorneys' fees and costs directly related to this Stipulation to Dismiss the Plan and the dismissal of the Plan. The Prudential Insurance Company of America shall remain the only named defendant.

IT IS SO ORDERED.

Dated: __10/15/12_____     _____
                                          Hon. Edward M. Chen
                                          United States District Court Judge