UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DAY,<br><br>  Plaintiff,<br><br>vs.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA (THE), EMERGENCY MEDICAL SERVICES CORPORATION LONG-TERM DISABILITY PLAN, and DOES 1 through 10,<br><br>  Defendants. | Case No. CV-12-2835 EMC<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND ADR DEADLINE AND CONTINUE FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Date:  March 7, 2013<br>Time:  10:30 a.m.<br>Ctrm:  5<br>Judge:  Hon. Edward M. Chen |

Good cause having been shown, the parties' Joint Stipulation to Extend the ADR Deadline and Continue the Further Case Management Conference is hereby GRANTED. The deadline for the parties to complete private mediation is extended by 60 days (to April 30, 2013); and the Further Case Management Conference is continued to Thursday, May 9, 2013 at 10:30 a.m., with an updated joint Case Management Conference Statement to be filed by ~~May 3, 2013.~~ May 2, 2013.

**IT IS SO ORDERED.**

Dated: 3/5/13

_____
Hon. Edward M. Chen
United States District Judge

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

0.0