UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DAY,<br><br>    Plaintiff,<br><br>vs.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA (THE), EMERGENCY MEDICAL SERVICES CORPORATION LONG-TERM DISABILITY PLAN, and DOES 1 through 10,<br><br>    Defendants. | Case No. CV-12-2835 EMC<br><br>**ORDER GRANTING STIPULATION TO DISMISS THE ENTIRE CASE WITH PREJUDICE** |

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. CV-12-2835 EMC, is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own costs, expenses and attorneys' fees in this matter.

**IT IS SO ORDERED.**

Dated: 4/22/13  _____
Hon. Edward M. Chen
United States District Judge

*IT IS SO ORDERED — Judge Edward M. Chen*

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

130865.1

Case No. CV-12-2835 EMC
ORDER GRANTING STIP TO DISMISS THE ENTIRE CASE WITH PREJUDICE